UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MADONNA BARNETT, | ) | |
| | ) | Civil Action No. 1:25-cv-002201 |
| Plaintiff, | ) | |
| | ) | Judge: Matthew F. Kennelly |
| v. | ) | |
| | ) | Magistrate: Laura K. McNally |
| AMERICAN RIVER TRANSPORTATION COMPANY and JEFFREY KELLER, | ) ) ) | |
| Defendants. | ) | |

**<u>MOTION FOR PARTIAL DISMISSAL</u>**

Comes now Defendant American River Transportation Company ("ARTCO"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), hereby makes this Motion for Partial Dismissal on the following grounds and as stated more fully in the concurrently-filed Brief in Support of this Motion:

1. Plaintiff makes claims against Defendant Jeffrey Keller personally and against ARTCO based solely on Defendant Keller's alleged conduct. Plaintiff's claims are premised on the Jones Act negligence (46 U.S.C.A § 3010) unseaworthiness, maintenance and cure, negligence, assault, battery, intentional infliction of emotional distress and/or sexual harassment. [D/E # 1 at ¶¶ 2, 4, 5].

2. Plaintiff's Complaint fails to state claim on which relief can be granted against ARTCO under the Jones Act or unseaworthiness, including all claims for assault, battery, negligence, intentional infliction of emotional distress, and punitive damages, for reasons including the following:

    a. Liability cannot be imputed to ARTCO since the alleged conduct was not in furtherance of its business and there is no allegation of direct negligence;

    b.    Plaintiff does not allege physical injury or that she was in immediate risk of physical impact;

    c.    The conduct alleged was not sufficiently extreme and outrageous as is required to support claim of infliction of emotional distress;

    d.    Sexual harassment in itself is not actionable under the Jones Act and Plaintiff states no other basis for such a claim;

    e.    The unseaworthiness claims fail because Plaintiff does not allege a savage and vicious attack sufficient to sustain such a claim; and

    f.    Punitive damages are not available under the Jones Act or unseaworthiness.

WHEREFORE, ARTCO requests that the claims in Plaintiff's Complaint against ARTCO under the Jones Act and unseaworthiness, including assault, battery, sexual harassment, negligence, and intentional infliction of emotional distress, along with claims for punitive damages against ARTCO, be dismissed with prejudice, and for such other relief as the Court deems proper under the circumstances.

FOX SMITH, LLC

By: */s/ Theodore H. Lucas*
Theodore H. Lucas, #06203138
tlucas@foxsmithlaw.com
Aaron C. Sherman, #70454MO
asherman@foxsmithlaw.com
One S. Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000
(314) 588-1965 (Fax)

Attorneys for American River Transportation Company

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing was electronically filed with CM/ECF this 16th day of May, 2025, which will send notification of such filing to all parties of record and to:

Dennis M. O'Bryan (P30545)
Aurora G. O'Bryan (6346050
O'Bryan Baun Karamanian
401 S. Old Woodward, Suite 463
Birmingham, MI 48009
dob@obryanlaw.net
aob@obryanlaw.net

Frederick Mendelsohn (6193281)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 21st Floor
Chicago, IL 60611-3607
fmendelsohn@burkelaw.com

ATTORNEY FOR PLAINTIFF

                                            */s/ Theodore H. Lucas*