**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

MADONNA BARNETT

                                          Plaintiff,

v.                                                                    Case No.: 1:25−cv−02201

                                                                        Honorable Matthew F. Kennelly

American River Transportation Company, et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 8/6/2025. Oral argument heard on defendant's motion to dismiss [31]. Oral ruling made on the defendant's motion to dismiss. The defendant's motion to dismiss [31][32] is denied for the reasons stated in open court. The case is set for a telephonic status hearing on 10/8/2025 at 8:55 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. A joint status report regarding the progress of discovery and any settlement discussions is to be filed on 10/1/2025. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.